No. 11–9553. HILL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9555. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9557. FEARCE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9565. FINCH v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9566. HAMMONDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9578. RIVERA v. KING, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–9601. SAINZ-PRECIADO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–783. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1063. BLYE ET AL. v. KOZINSKI, CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–9554. SALAZAR v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7562. SMITH v. BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 565 U. S. 1205;
No. 11–7724. SKINNER v. OKLAHOMA ET AL., 565 U. S. 1209;
No. 11–7750. GENA v. UNITED STATES, 565 U. S. 1247;
No. 11–7910. BERRETTINI v. UNITED STATES, 565 U. S. 1247;
No. 11–8060. BROWNING v. UNITED STATES, 565 U. S. 1218;
No. 11–8115. MCNAUGHTON v. AUBURN CORRECTIONAL FACILITY, 565 U. S. 1248; and